# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133104 & (31)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                  SC: 133104
                                                                   COA: 273534
                                                                   Oakland CC: 2006-206787-FH

RICHARD JOSEPH MARTH,
        Defendant-Appellant.

_____/

        By order of July 27, 2007, we remanded this case to the Court of Appeals for reconsideration of its December 27, 2006 order denying leave to appeal under MCR 6.508(D). On order of the Court, the Court of Appeals having vacated its prior order and having issued on August 24, 2007 an order denying leave to appeal for lack of merit, the application in this Court is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007                                    _____

d1022                                                                  Clerk